# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMARIO JIMENEZ-JUAREZ,<br><br>Defendant. | Case No.:18-mj-2497-NLS-CAB<br><br>**Order Staying Proceedings** |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending the Ninth Circuit's decision in *United States v. Corrales-Vazquez*, 18-50206 or *United States v. Perez-Martinez*, 18-50266, or until further order of the Court.

**SO ORDERED.**

DATED: 9/24, 2018

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE